UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JUDEX VITAL and STUART JEAN            ORDER OF DISMISSAL

   -against-                                  CV-00-5927 (DRH)

STATE OF NEW YORK, STATE UNIVERSITY OF
NEW YORK AT OLD WESTBURY, STATE OF NEW
YORK DEPARTMENT OF PUBLIC SAFETY, P.O.
BASIL KARAGEORGE, Individually, P.O. BASIL
KARAGEORGE, Shield 115 in his official capacity,
INVESTIGATOR/P.O. JOHN GRIMALDI,
Individually, INVESTIGATOR/P.O. JOHN
GRIMALDI, in his official capacity, DEPARTMENT
OF PUBLIC SAFETY OFFICER "JOHN DOE",
DAX CHURCH
------------------------------------------------------------------------X

      The Court having issued a Memorandum and Order on March 31, 2004 granting the State Defendants' motion for summary judgment and denying plaintiffs' motion to amend, and directing plaintiff to show cause why the remaining claims against Dax Church should not be dismissed; and the plaintiff having filed a notice of appeal on April 27, 2005, and a mandate having been issued on July 21, 2005 affirming the court's decision; and the plaintiff having failed to inform the court as to the claims against Dax Church,

IT IS HEREBY ORDERED that the case is dismissed with prejudice. Clerk is directed to close this case.

SO ORDERED.

                                              /s/  
                                        DENIS R. HURLEY  
                                    United States District Judge

Dated: Central Islip, New York  
      March 30, 2006